# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** CA 05-0226 3 |
| **DEFENDANT** ONE 1995 MERCEDES BENZ S420, VIN WDBGA43E1SA260011 WITH ALL APPURTENANCES AND ATTACHMENTS THEREON | **TYPE OF PROCESS** Verified Complaint for Forfeiture IN REM |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ ONE 1995 MERCEDES BENZ S420, VIN WBDGA43E1SA260011 WITH ALL APPURTENANCES AND ATTACHMENTS THEREON

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William R. Cowden
Michael A. Humphreys
United States Attorneys Office
555 4th Street, NW, Washington, DC 20530

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

CATS #: 05-FBI-003273

[U.S. MARSHALS OFFICE DISTRICT OF COLUMBIA — RECEIVED 2005 NOV 28 PM 3:43]

| Signature of Attorney or other Originator requesting service on behalf of: Michael A. Humphreys | ☒ PLAINTIFF ☐ DEFENDANT | **TELEPHONE NUMBER** (202) 514-7065 | **DATE** 11/22/05 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 16 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk | Date 11-28-05 |
|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

[RECEIVED DEC 0 6 2005 NANCY MAYER WHITTINGTON, CLERK]

| Date of Service 12-2-05 | Time 01:00 pm |
|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee $45.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges $45.00 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: SERVED: Richard DIXON, will post on vehicle

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)