UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ONE 1995 MERCEDES BENZ S420,<br>VIN WDBGA43E1SA260011<br>WITH ALL APPURTENANCES<br>AND ATTACHMENTS THEREON,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-2263<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PRAECIPE**

Please enter the appearance of Judith A. Kidwell as counsel for Plaintiff United States in this action and withdraw Michael Humphreys.

                          Respectfully submitted,

                          /s/

                          JUDITH A. KIDWELL
                          Assistant  United States Attorney
                          555 4th St., N.W., Room 4818
                          Washington, D.C. 20530
                          202-514-7250

                          /s/

                          MICHAEL A. HUMPHREYS
                          DC Bar # 383353
                          Assistant United States Attorney

**CERTIFICATE OF SERVICE**

      I HEREBY certify that I caused a copy of the foregoing to be served upon counsel for claimants:

Clifton J. Curtis
1901 E Street, SE
Washington, DC 20003

James Route
Jimmy's Auto, Inc.
418 New York Avenue, N.W.
Washington, DC 20001

Brian K. McDaniel, Esq..
1211 Connecticut Avenue, N.W
Suite 506
Washington, DC 20036

by means of the Court's ECF filing system, on this 18th day of January, 2006.

/s/
_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th St., N.W., Room 4818
Washington, D.C. 20530
202-514-7250