UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>c/o United States Attorney's Office<br>Judiciary Center Building<br>555 4th Street, N.W.<br>Washington, D.C. 20530,<br><br>          **Plaintiff,**<br><br>          v.<br><br>**ONE 1995 MERCEDES BENZ S420,**<br>**VIN WDBGA43E1SA260011**<br>**WITH ALL APPURTENANCES**<br>**AND ATTACHMENTS THEREON,**<br><br>          **Defendant.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action No. 05-2263 (JR)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**AFFIDAVIT IN SUPPORT OF DEFAULT**

I hereby certify under penalty of perjury, this 28th day of February, 2006, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant property, described as:

> One 1995 Mercedes Benz S420,
> VIN WDBGA43E1SA260011
> With All Appurtenances
> And Attachments Thereon

was personally served with process on December 2, 2005.

I further certify that notice of this action has been given to all known or unknown interested parties by means of certified mail or by publication.

I further certify under penalty of perjury that no other appearance has been entered by said defendant in this case; no other pleadings have been filed and none served upon the attorney for the plaintiff; that the defendant is neither an infant nor an incompetent person.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

The Clerk is expected to enter a Default against said defendant.

/s/

JUDITH A. KIDWELL
Assistant United States Attorney
U.S. Attorney's Office
Asset Forfeiture Unit, Criminal Division
555 Fourth St., N.W., Room 4818
Washington, D.C.  20530
(202) 514-7250