UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> c/o United States Attorney's Office : <br> Judiciary Center Building : <br> 555 4th Street, N.W. : <br> Washington, D.C. 20530, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> ONE 1995 MERCEDES BENZ S420, : <br> VIN WDBGA43E1SA260011 : <br> WITH ALL APPURTENANCES : <br> AND ATTACHMENTS THEREON, : <br> : <br> Defendant. : <br> _____: | Civil Action No. 05-2263 (JR) |

## **DEFAULT**

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on the 2nd day of December, 2005 and an affidavit on behalf of the plaintiff having been filed, it is this _____ day of March, 2006 declared that the defendant herein is in default.

Nancy M. Mayer-Whittington, Clerk

By _____
    Deputy Clerk