UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> ONE 1995 MERCEDES BENZ S240, : <br> VIN WDBGA43E1SA260011 : <br> WITH ALL APPURTENANCES : <br> AND ATTACHMENTS THEREON, : <br> : <br> Defendant. : <br> : | Civil Action No. 05-2263 (JR) |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT
## AND JUDGMENT OF FORFEITURE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves, pursuant to Fed. R. Civ. P. 55, 18 U.S.C. § 983(a)(4)(A), and Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, for entry of Default Judgment and for a Judgment of Forfeiture as to the defendant property identified in the Verified Complaint for Forfeiture *In Rem*, on the grounds that no timely paper, pleading, or other claim was filed on behalf of the defendant herein and the Default was entered by the Clerk of this Court on March 8, 2006.

A proposed Judgment of Forfeiture is submitted herewith, along with a Memorandum of Points and Authorities.

                                               Respectfully submitted,

                                               KENNETH L. WAINSTEIN
                                               United States Attorney
                                               D.C. Bar No. 451058

                                               WILLIAM R. COWDEN
                                               Assistant United States Attorney
                                               D.C. Bar No. 426301

                                               JUDITH A. KIDWELL
                                               Assistant United States Attorney
                                               555 4th St., NW, Room 4818
                                               Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for Entry of Default Judgment and Judgment of Forfeiture and accompanying Memorandum have been mailed, postage prepaid to the following individuals on this ____ day of April, 2006.

Clifton J. Curtis
1901 E Street, SE
Washington, D.C. 20003

James Route
Jimmy's Auto, Inc.
418 New York Avenue, N.W.
Washington, D.C. 20001

Brian Keith McDaniel, Esq.
1211 Connecticut Avenue, N.W.
Suite 506
Washington, D.C. 20036

_____
JUDITH A. KIDWELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : |
| ONE 1995 MERCEDES BENZ S240, VIN WDBGA43E1SA260011 WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : Civil Action No. 05-2263 (JR) |
| Defendant. | : |

**MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF
DEFAULT JUDGMENT AND JUDGMENT OF FORFEITURE**

On November 22, 2005, the plaintiff filed a Verified Complaint for Forfeiture *In Rem* against the defendant One 1995 Mercedes Benz S240. Copies of the Complaint and Warrant of Arrest *In Rem* issued by the Clerk of the Court were served upon the defendant on December 2, 2005. (See Exhibit I). Further, a notice of seizure was published in The Washington Times on December 23, 2005 and The Daily Washington Law Reporter on January 2, 2006 in full compliance with applicable Local Rules and Rules of Procedure. (See Exhibits II and III).

No response, answer, or defense was interposed in accordance with applicable rules, resulting in the entry of a Default by the Clerk of this Court on March 8, 2006. No other party has filed a claim or pleading challenging the forfeiture of the defendant property and the time for filing a claim has expired. *See* 18 U.S.C. § 983(a)(4)(A); Rule C(6), Supplemental Rules for Certain Admirability and Maritime Claims.

The entry of Default and a Judgment by Default against the defendant is amply supported in the circumstances of this case. Indeed, the clerk of the Court "shall enter" the Default where there has been a failure to timely plead or otherwise defend an action within the time fixed by law. Fed. R. Civ. P. 55(a). Moreover, 18 U.S.C. § 983(a)(4)(A) of the Civil Asset Forfeiture Reform Act of 2000, mandates the filing of a claim not later than 30 days after the date of service of the government's complaint.

Further, whenever a judgment is sought for other than a sum certain (i.e. Judgment of Forfeiture), application for Judgment by Default shall be made to the Court and such Judgment may be entered by the Court so long as the defaulted party is not an infant or otherwise incompetent. Fed. R. Civ. P. 55(b)(2); United States v. Gant, 268 F. Supp.2d 29 (D.D.C. 2003).

Accordingly, upon consideration of the record in this case, including a showing of compliance with applicable rules regarding service of process and notice of publication, and the Default having been entered by the Clerk of the Court, it is respectfully requested that this motion be granted.

                                            Respectfully submitted,

                                            KENNETH L. WAINSTEIN
                                            United States Attorney
                                            D.C. Bar No. 451058

                                            WILLIAM R. COWDEN
                                            Assistant United States Attorney
                                            D.C. Bar No. 426301

/s/ Judith A. Kidwell
_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th St., NW, Room 4818
Washington, D.C. 20530
(202) 514-7250

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| ONE 1995 MERCEDES BENZ S240, : | Civil Action No. 05-2263 (JR) |
| VIN WDBGA43E1SA260011 : | |
| WITH ALL APPURTENANCES : | |
| AND ATTACHMENTS THEREON, : | |
| : | |
| Defendant. : | |
| : | |

## JUDGMENT OF FORFEITURE

On November 22, 2005, a Verified Complaint for Forfeiture *In Rem* against the defendant One 1995 Mercedes Benz S240 was filed by the plaintiff, United States of America. The complaint alleges that the defendant property was exchanged for controlled substances, or is traceable to such an exchange, or was intended to facilitate such an exchange, in violation of 21 U.S.C.§ 801 et seq., and is, therefore, subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action with respect to the defendant and returned according to law;

That pursuant to a Warrant of Arrest *In Rem* issued by this Court, the United States Marshal for the District served the said defendant on December 2, 2005;

That on March 8, 2006 the Clerk of this Court entered a Default for failure to file a claim with respect to the said defendant property within the time permitted by 18 U.S.C. § 983(a)(4)(A); and

That no defense to the forfeiture remains interposed;

Now, therefore, on motion of the plaintiff, the United States of America, for Default Judgment and Judgment of Forfeiture, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the default of all persons interested in the defendant further identified as:

> **ONE 1995 MERCEDES BENZ S240,**
> **VIN WDBGA43E1SA260011**
> **WITH ALL APPURTENANCES**
> **AND ATTACHMENTS THEREON**

be entered and that no right, title, or interest in the defendant shall exist in any other party, and that the said defendant be and hereby is forfeited to the United States of America to be disposed of in accordance with law.

The Clerk is hereby directed to send copies of this Judgment of Forfeiture to all parties and a certified copy to the United States Marshal.

Dated this _____ day of April, 2006.

_____
JAMES ROBERTSON
United States District Judge

copies to:

Judith A. Kidwell
Assistant United States Attorney
U.S. Attorney's Office
Asset Forfeiture Unit, Criminal Division
555 Fourth Street, N.W., Room 4818
Washington, D.C. 20530

Clifton J. Curtis
1901 E Street, SE
Washington, DC 20003

James Route
Jimmy's Auto, Inc.
418 New York Avenue, N.W.
Washington, D.C. 20001

Brian Keith McDaniel, Esq.
1211 Connecticut Avenue, N.W.
Suite 506
Washington, D.C. 20036