# EXHIBIT III

DISTRICT OF COLUMBIA, to wit:

Personally appeared before me, a Notary Public, in and for the said District of Columbia,

**Caleb Hannabury**

who being duly sworn according to law, on oath says he is the duly authorized agent of The Daily Washington Law Reporter Company, publishers of The Daily Washington Law Reporter, a newspaper of general circulation printed and published in the District aforesaid, and that the advertisement of which the affixed is a true copy, was published in the regular editions of said newspaper __1__ times on the following dates:

Jan 2 2006

_____
Caleb Hannabury
Agent

Costs $ 64.48

Subscribed to and sworn before me this

__2__ day, __Jan__, 2006

_____
Donald J. Nichols
Notary Public, District of Columbia
My Commission expires 12/14/2009

Seal

Copy of Notice

NOTICE IS HEREBY GIVEN that by virtue of a Warrant for Arrest In Rem, issued by the U.S. District Court for the District of Columbia, in an action entitled *UNITED STATES v. ONE 1995 MERCEDES BENZ S420, VIN WDBGA43E1SA260011 WITH ALL APPURTENANCES AND ATTACHMENTS THEREON*, the United States Marshals Service for the District of Columbia arrested on December 2, 2005, said property described above under Civil Action No. 05-2263 (JR) and filed on November 22, 2005, with the Clerk of the Court for the District of Columbia for violation of 18 U.S.C. ' 981 and which action requests that the said property be seized for condemnation and confiscation and requests such costs and disbursements as decreed by the Court. Any person who is entitled to possession, or claiming an interest in or to said property, pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims and within 30 days after the earlier of (1) receiving actual notice of execution of process, or (2) the publication of this notice, must file a verified claim with the Clerk of the Court, U.S. District Court for the District of Columbia and make service upon the attorney for the plaintiff and must serve their answers within 20 days after the filing of their verified claims. All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United States of America. William R. Cowden, Assistant United States Attorney, 555 Fourth Street, N.W., 4th Floor, Washington, D.C., 20530. Jan. 2, 2006.